# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 3,374.—STATE EX REL. ISABEL DOLENTY, RELATRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of mandate against the district court in and for Broadwater County, and Hon. Ben B. Law, Judge presiding.

Decided September 2, 1913.

PER CURIAM.—The petition of relatrix for a writ of mandate herein, having this day been presented to the court, it is after due deliberation ordered that a peremptory writ issue, directing the court below to issue a writ of possession or make such orders as may be necessary to enforce its decree in the suit of *Henry J. Reed et al., Plaintiffs,* v. *Isabel Dolenty, Executrix, Defendant,* rendered in favor of said defendant.

*Messrs. Wight & Pew,* for Relatrix.